CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**John Paul Perron**; DOB: 1965; United States Citizen<br>**Terri Lynn Knight**; DOB: 1960; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-01613MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 16, 2022, in the District of Arizona, **John Paul Perron** and **Terri Lynn Knight**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal alien, including/namely Rigoberto Hernandez-Lopez and Alberto Julian Hernandez-Lopez and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A), and 1324(a)(1)(A)(v)(I) 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 16, 2022, at approximately 1:30 p.m., Border Patrol Agents (BPAs) working near Naco, Arizona received a citizens report of a white utility van possibly picking up six non-citizens and was travelling northbound on Naco Highway. Within a couple minutes, BPAs observed a van matching the description pass them northbound on Naco Highway. BPAs pulled behind the van and began following it while they ran records and registration checks on the vehicle which came back as a rental vehicle. BPAs activated their emergency lights and sirens and pulled the vehicle over for an immigration inspection to be conducted on all passengers. As BPAs conducted their investigation, they observed a driver, identified as **John Paul PERRON**, a front seat passenger, identified as **Terri Lynn KNIGHT**, and through an open passenger window what appeared to be people under a sheet on the floor of the van. A total of four subjects were found hiding under the sheet on the floor. All four subjects, to include Rigoberto Hernandez-Lopez and Alberto Julian Hernandez-Lopez, were determined to be Mexican nationals without the proper documentation to enter, pass through or remain in the United States legally.

Material witness Rigoberto Hernandez-Lopez stated he expected to pay approximately $4,000 to be smuggled. Hernandez-Lopez stated he crossed the International Border Barrier (IBB) by climbing over the IBB utilizing a rope and a ladder. Hernandez-Lopez stated they were guided via cell phone and were told to walk till they neared a paved road. Hernandez-Lopez stated a white van pulled up and the female passenger rolled her window down and signaled them to get in.

Material witness Alberto Julian Hernandez-Lopez stated he expected to pay approximately $8,500 to be smuggled. Hernandez-Lopez stated they were told prior to crossing to reach a paved road. Hernandez-Lopez stated they were never told what type of vehicle would pick them up, only that it would be white. Hernandez-Lopez stated a white van arrived at their location and the female passenger rolled down her window and signaled them to get in.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Rigoberto Hernandez-Lopez and Alberto Julian Hernandez-Lopez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/pl | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 17, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54